# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00362-CR

**Raymond Moreland, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. 2044461, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's motion to withdraw notice of appeal is granted. *See* Tex. R. App. P.
42.2(a). The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: October 31, 2006

Do Not Publish